An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THEODORE L. LIAPIS,
Appellant,
vs.
MARIE JOSEPHINE LIAPIS,
Respondent.

No. 64094

**FILED**

JUL 2 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court without payment of the requisite filing fee. On May 30, 2014, counsel for appellant filed a suggestion of death on the record, stating that appellant passed away on May 14, 2014, and indicating that appellant's passing renders this appeal moot.

Cause appearing, this appeal is hereby dismissed. Appellant's pending motions to extend the time to pay the filing fee, to proceed on appeal in forma pauperis, and for a stay, are denied as moot.[1]

It is so ORDERED.

_____, C.J.

cc: Hon. Egan K. Walker, District Judge
Mark T. Liapis
Jonathan H. King
Washoe District Court Clerk

---

[1]Counsel's request to leave this matter open on the court's docket for the purpose of investigating the conduct of respondent's counsel is denied. Any such request should be directed to state bar counsel in the first instance. SCR 104.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24557